## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. José R. Almonte, U.S.M.J. |
| v. | : | Mag. No. 25-16116 |
| EMMANUEL AVILA RIVAS | : | **CRIMINAL COMPLAINT** |

I, Christopher Moriarty, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations, and that this complaint is based on the following facts:

### SEE ATTACHMENT B

Continued on the attached pages and made a part hereof.

_____
Special Agent Christopher Moriarty
U.S. Department of Homeland Security
Homeland Security Investigations

Special Agent Moriarty attested to this Complaint by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A), on July 23, 2025.

_____
Honorable José R. Almonte
United States Magistrate Judge

**ATTACHMENT A**

**COUNT ONE**
(Transportation of Child Pornography)

On or about July 22, 2025, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**EMMANUAL AVILA RIVAS**,

knowingly transported any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT TWO
(Possession of Child Pornography)

On or about July 22, 2025, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**EMMANUEL AVILA RIVAS**,

did knowingly possess and access with intent to view material that contained at least three images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, after having a prior conviction under the laws of any State relating to the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

**ATTACHMENT B**

I, Christopher Moriarty, am a Special Agent with the Department of Homeland Security, Homeland Security Investigations. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with witnesses and other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and in part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. On or about July 22, 2025, defendant EMMANUEL AVILA RIVAS ("AVILA RIVAS") landed at Newark Liberty International Airport in Newark, New Jersey, aboard an inbound flight from Cancún, Mexico. AVILA RIVAS was in possession of a phone and an Apple iPad, which law enforcement seized from AVILA RIVAS and lawfully searched.

2. Law enforcement reviewed AVILA RIVAS's phone and iPad and identified approximately 80 video files on the iPad that appear to depict child pornography that had been transmitted in interstate commerce, namely through the internet.

3. The videos ranged from under one minute to up to ten minutes in length and included, but were not limited to, depictions of prepubescent infant and toddlers engaged in various sexual acts as follows:

   a. Infant of unknown sex, approximately two to six months in age, choking and gagging as an erect male penis is inserted into the child's mouth. In the video screen, the title "TheChokedCherub.mp4" can be seen. (Approximately one minute)

   b. Infant of unknown sex, approximately six to 12 months in age, laying on their back on a bed. An adult male rubs his erect penis on the child's anus. The adult male removes a pacifier from the child's mouth and brings his penis close to the mouth. (Approximately three minutes in length)

   c. Infant male, approximately nine to 18 months in age, who can be heard screaming and crying while an adult male forcefully and violently inserts his erect penis into the child's anus. (Approximately four minutes in length)

   d. Infant male, approximately nine to 18 months in age, laying on his back with a pacifier in his mouth as an adult male

inserts his erect penis into the child's anus. The video transitions to the child laying on his stomach while the adult male repeatedly inserts his erect penis into the child's anus. (Approximately two minutes and 40 seconds in length)

4.  Amongst the images and videos viewed, law enforcement observed a known "series" of child sex abuse materials ("CSAM") involving the infant male depicted in the videos described in Paragraphs 3(c) and (d) above, being abused and engaging in sexual acts. This series has been discovered in multiple investigations and involves a previously identified victim known to law enforcement.

5.  Law enforcement also identified communications on AVILA RIVAS's iPad on an encrypted messaging application (the "AVILA RIVAS account") associated with AVILA RIVAS's phone number and bearing his initials, in which AVILA RIVAS referred to child pornography or child sexual abuse. For example, between in or around September and November 2024, AVILA RIVAS, using the AVILA RIVAS account, exchanged the following messages over an encrypted messaging application, in pertinent part:

>   AVILA RIVAS:    U got more videos? I wanna see a yng boy getting f***ed
>
>   Individual-1:   What ages make you really horny?
>
>   AVILA RIVAS:    5. You?
>
>   Individual-1:   All. Babies too. Hehe
>
>   AVILA RIVAS:    Mmmm. U got a nice c*ck?

6.  During a *Mirandized* interview with law enforcement, AVILA RIVAS admitted that he participated in chats and conversations over the AVILA RIVAS account with multiple individuals during which he received and viewed the CSAM.

7.  Based upon my education, training, and experience, and my discussions with other law enforcement officers, and to the best of my knowledge, the child pornography files described in Paragraph 3 above traveled in interstate commerce and were produced using materials that were mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the images were downloaded from and transmitted via the Internet.